FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2019 JUL 25  PM 4:06

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:19 cr 309 T 23 cpT

21 U.S.C. § 846

**UNDER SEAL**

YOLANDA HERRERA and
BRANDON LLANOT

**INDICTMENT**

SEALED

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date, but no later than on or about March 8, 2019, and continuing through on or about the date of this Indictment, in the Middle District of Florida, and elsewhere, the defendants,

YOLANDA HERRERA and
BRANDON LLANOT

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, which violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. §§ 841(b)(1)(A)(i), (viii).

All in violation of 21 U.S.C. §§ 841(a)(1) and 846.

## COUNT TWO

From on or about March 15, 2019, and continuing through on or about March 16, 2019, in the Middle District of Florida, the defendants,

YOLANDA HERRERA and
BRANDON LLANOT

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, which violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i), (viii).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841, the defendants,

YOLANDA HERRERA and
BRANDON LLANOT

shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly

or indirectly, as a result of such violations, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
  Diego F. Novaes
  Assistant United States Attorney

By: _____
  Joseph K. Ruddy
  Assistant United States Attorney
  Chief, Transnational Organized Crime Section

FORM OBD-34
July 19

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

YOLANDA HERRERA and
BRANDON LLANOT

## INDICTMENT

Violations:   21 U.S.C. §§ 841 and 846

A true bill,

_____
Foreperson

Filed in open court this 25th day

of July 2019.

_____
Clerk

Bail $_____

GPO 863 525